UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN BRAUNSTEIN,<br><br>　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00327-RFB-CWH<br><br>ORDER |

Petitioner Steven Braunstein has submitted a petition for a writ of habeas corpus (ECF No. 1).

Petitioner challenged the same amended judgment of conviction in at least three previous actions filed in this court: 3:11-cv-00587-LRH-WGC; 3:13-CV-00666-MMD-WGC; 2:14-cv-00853-JCM-VCF; and 2:15-cv-000947-RFB-NJK. In the first action listed, this court dismissed the habeas petition because all of the claims were procedurally defaulted. The second, third and fourth habeas petitions listed here were, therefore, second or successive habeas corpus petitions. *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005). Petitioner was required to obtain authorization from the court of appeals before he could proceed with a second or successive petition. 28 U.S.C. § 2244(b)(3). This court dismissed both petitions because petitioner did not have such authorization. Petitioner again lacks such authorization here, and this petition shall also be dismissed with prejudice as second and successive.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court twill not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice as a successive petition.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: February 27, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE